In the Matter of the Application of the NEW YORK AND NORTH SHORE RAILWAY COMPANY, Respondent, for a Peremptory Writ of Mandamus against ROBERT GRIER MONROE, as Commissioner of the Department of Water Supply, Gas and Electricity in the City of New York, et al., Appellants.

*Matter of N. Y. & North Shore Ry. Co.*, 88 App. Div. 614, affirmed.
(Argued February 9, 1904; decided February 23, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 18, 1903, which affirmed an order of Special Term granting a peremptory writ of mandamus to compel defendants to issue to petitioner a permit to erect poles and string wires necessary for the operation of its railway upon the Jamaica and Hempstead turnpike in the city of New York.

*John J. Delany, Corporation Counsel* (*James D. Bell* of counsel), for appellants.

*George F. Hickey* and *William E. Stewart* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT and MARTIN, JJ. Not voting: VANN and CULLEN, JJ.